IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN C. PHELPS II, § | |
|     PLAINTIFF § | |
| v. § | CIVIL ACTION NO. 5:20-cv-01466-FB |
| §  | |
| UNIVERSITY OF TEXAS AT § | |
| SAN ANTONIO HEALTH SCIENCES § | |
|     CENTER AND § | |
| LANCE VILLERS § | |
|     DEFENDANTS § | |

_____

### PLAINTIFF'S UNOPPOSED MOTION TO STAY PENDING NEW COUNSEL FOR PLAINTIFF

COMES NOW, Plaintiff JOHN C. PHELPS to file his "PLAINTIFF'S UNOPPOSED MOTION TO STAY PENDING NEW COUNSEL FOR PLAINTIFF" ("Motion") as follows:

1. In accord with a directive from the Texas State Bar, Terry P. Gorman ("Gorman") has (a) tendered his license to practice law in the State of Texas for permanent revocation, and (b) initiated the closure of Gorman Law Firm, pllc. Gorman is the only remaining attorney within Gorman Law Firm, pllc.

2. Plaintiff is now seeking engagement with substitute counsel for Gorman.

3. As a result of the foregoing, Plaintiff now requests that this matter be stayed for sixty (60) days allowing Plaintiff the time needed to engage new counsel.

4. Plaintiff's request is being made not for delay, but so that justice may be done.

5. Defendants do not oppose the foregoing relief requested.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter an order staying these proceedings for sixty (60) days.

Respectfully submitted,

Gorman Law Firm, pllc

By:_____
Terry P Gorman, Esq. (lead)
Texas Bar No. 08218200
tgorman@school-law.co
14902 Preston Road, Suite 404 # 537
Dallas, Texas 75254
Telephone: (214) 802-3477 (direct)
Telecopier: (512) 597-1455
**ATTORNEYS FOR PLAINTIFF**
**JOHN C. PHELPS II**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on the 22nd day of February 2021, I communicated with counsel for Defendants, inquiring as to whether Defendants were opposed to foregoing relief requested. Defendants stated Defendants are **UNOPPOSED** to the foregoing relief.

_____
TERRY P. GORMAN

## CERTIFICATE OF SERVICE

This is to certify that on this the 23rd day of February 2021, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure utilizing the *VIA CM/ECF* filing system being:

**TEXAS ATTORNEY GENERAL**

**FRANCESCA A. DI TROIA**
Texas Bar No. 24097596
Lead Counsel
francesca.ditroia@oag.texas.gov
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 475-4651
Fax: (512) 320-0667
**ATTORNEYS FOR DEFENDANTS**
**UNIVERSITY OF TEXAS AT SAN ANTONIO HEALTH SCIENCES CENTER AND LANCE VILLERS**

By: _____
Terry P Gorman, Esq.